# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141275(61)

KATHI WILSON, D.D.S., and GRAND
DENTAL CARE OF GRAND RAPIDS, P.C.,
            Plaintiffs-Appellees,

v                                                    SC: 141275
                                                     COA: 289009
                                                     Kent CC: 06-004434-CK

RONALD RIEBSCHLEGER,
            Defendant-Appellant.

_____/

        On order of the Court, the motion for reconsideration of this Court's September 9, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____November 22, 2010_____                    _____
                                                              Clerk

d1115